```
Bankruptcy Reporting Contact
Division of Child Support Enforcement
40 North Pearl Street, 13th Floor
Albany, NY 12243-0001


Department of Labor
State Office Canpus, B-12, RM 256
Albany, NY 11240-0356



Elenin Paulino
1142 Waring Avenue
Bronx, Ny 10469


Enelin Pulino
1142 Waring Avenue
Bronx, NY


HSBC
PO BOX 530945
Atlanta GA 3053-00942


Juana Pauino
1142 Waring Avenue
Bronx, NY 10469


Kristine E Kipers, Esq
PO Box 823
New Hartford, NY  13413


Lenin Paulino
5850 Cameron Run Terrance APT.707
Alexandria, VA 22303


Rupp, Baase,Pfalzgraf,
Cunningham & Coppola LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
```

```
State of New York
Workers Compensation Board
Judgment Unit
20 park Street
Albany, NY 12207-1674


THD/CBNA
PO BOX 6497
SIUOX FALLS, SD 57117-6497
```